# Court of Appeals
# of the State of Georgia

ATLANTA, January 17, 2014

*The Court of Appeals hereby passes the following order*

**A14I0092. WOODROW FARLEY v. DANA FARLEY.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

13CV1468



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, January 17, 2014.

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.